The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HUMBERTO FLORES SERNA,<br><br>Defendant. | NO. CR21-5251RSM<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Exhibit 1 to its Response to the defendant's Motion to Reopen Detention Hearing;

It is hereby ORDERED that the Government's Exhibit 1 shall remain sealed.

DATED this 30th day of August, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

Order to Seal
*U.S. v. Humberto Flores Serna;* CR21-5251RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970