**THE HONORABLE RICARDO S. MARTINEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-5251 RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SEAL DOCUMENTS |
| HUMBERTO F. FLORES SERNA, | ) | |
| Defendant. | ) | |

THIS MATTER, presented by the Defendant before the above-entitled court on this date and the Court having considered Mr. Flores Serna's private, personal, medical records to be protected under the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

Now, Therefore, it is hereby

ORDERED that the medical records of Defendant Humberto F. Flores Serna and supplemental materials be filed in the above-entitled cause under SEAL in the court file and the file not be opened, except upon order of the above-entitled court.

DONE IN OPEN COURT this 31st day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SEAL DOCUMENTS - 1


PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

Presented by:

_____
NICHOLAS R. ANDREWS, WSBA #40441
Attorney for Defendant

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013